82,545-01

**EL PASO COUNTY DETENTION FACILITY**
**601 E. Overland St.**
**El Paso, Texas 79901**

Date: 04/05/2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 10 2015

Abel Acosta, Clerk

**Office of the Clerk**
**Texas Court of Criminal Appeals**
**P.O. Box 12308; Capitol Station**
**Austin, TX. 78711**

**Attn: Abel Acosta, Clerk**

**Re: Writ No. WR-82-545-01**

Dear Mr. Acosta;

In February, 2015 I forwarded a letter to your office notifying the Texas Court of Criminal Appeals of my "intent to take-up supervisory writs with the Texas Supreme Court from a February 18, 2015 adverse" decision denying, without written reasons, my writ of mandamus seeking to "compel" the District Court Judge in my case to "act" upon an October 17, 2014 pending "non-suspendable" (and "prompt response required") "writ of habeas corpus" (T.C.Cr.P. Art. 11.07). Additonally, I requested a copy of the entire record regarding this matter in order to "perfect" a proper writ application for the Texas State Supreme Court.

Upon further legal research, I have discovered that, the "writ of habeas corpus" is NOT purely and, thus, not "plainly" a "civil action" and, that the Texas Supreme court, pursuant to Gov't code Sections 22.001-22.002, DOES NOT have jurisdiction over criminal cases and does NOT review decisions issued by the Texas Court of Criminal Appeals.

This being the law in Texas, the February 18, 2015 decision issued by the Texas Court of Criminal Appeals constitutes an "exhaustion" of all available State remedies in Texas. It would be "pointless" to seek discretiionary review of the decision rendered by the Court of Criminal Appeals since their decision was FINAL when it denied mandamus relief in this critical matter. (Tex Rules of Appellate Proc. 68.3).

Be advised that the Federal District Court of competent jurisdiction (USDC-WDT-ELP DIV) will have jurisdiction over this subject matter, pursuant to 28 USC 2254 and 2255, via, Petition for Writ of Habeas Corpus. In order to "perfect" this petition, the entire record from the Court of Criminal Appeals in this matter must be furnished to me as soon as possible.

Your prompt attention and response will be sincerely appreciated. Thank you for your cooperation.

Respectfully submitted,

MF:

xc: Alfredo Chavez, Esq.
    File

*Michael Fernandez*

MICHAEL FERNANDEZ
EPCDF No. 9579081; Loc.6-40